AO 442 (Rev. 6/96-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

**07-520-M-01**

Willis Nedd

CASE NUMBER: 03-1069-M

**FILED**

OCT 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Willis Nedd** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court _X_ Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Operating after suspension - See Attached

In Violation of Title **18** United States Code, Section(s) **13 assim VA sec. 46.2-301**

**The Honorable Liam O'Grady**
Name of Issuing Officer

_signature_
Signature of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

10-23-2003
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _signature_
DEPUTY CLERK

| Date Received | Name and Title of Reporting Officer | Signature of Reporting Officer |
|---|---|---|
| 10/23/03 | Fitzgerald, Derrick DUSM | _signature_ |
| Date of Arrest 10/26/07 | | |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 03-1069-M |
| | ) | MISDEMEANOR |
| v. | ) | 07-520-M-01 |
| | ) | |
| WILLIS NEDD | ) | Court Date: October 20, 2003 |
| | ) | |
| | ) | |

**FILED**

OCT 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor - N222546)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 5th, 2003, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WILLIS NEDD, did unlawfully operate a motor vehicle upon a highway within said Base after his license or privilege was revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-301, 1950, as amended.)



(COUNT II - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT

On or about August 5th, 2003, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WILLIS NEDD, did unlawfully operate a motor vehicle upon a highway within said Base, without a valid operator's license.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-300, 1950, as amended.)

(COUNT III - Class C Petty - N222547)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 5th, 2003, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WILLIS NEDD, did unlawfully operate a motor vehicle upon a highway within said Base by failing to display a valid registration.

(Violation of Title 32, Code of Federal Regulations, Section 634.25(f), adopting Title 46.2, Code of Virginia, Section 613)

Respectfully Submitted,

Paul J. McNulty
United States Attorney

Ryan B. Bolling
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this __10th__ day of October, 2003 to:

WILLIS NEDD

By: _____
Ryan B. Bolling
Special Assistant
United States Attorney

**United States District Court**
**Violation Notice**

| | | | |
|---|---|---|---|
| Loc. Code: EV-7 | Violation No: N 222546 | First Officer Name: KUHN K.J. | Officer No: 9947 |

N 222546

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 05AUG03 8:14AM | 46.2-301 |

Place of Offense: MEDGANTOWN FULLER RD. ADS BLDG# 3084

Offense Description: DRIVING STATE SUSPENSION
18 U.S.C 13

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| NEPD | WILLIS | N/A |

Driver's License No: N/A

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| 359-276 | D.C. | 1998 | DODGE RAM 1500 | BROWN |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed

LH I plead not guilty and promise to appear as required

| YOUR COURT DATE | | |
|---|---|---|
| Court Address: UNITED STATES DISTRICT COURT 401 COURTHOUSE SQUARE ALEXANDRIA, VIRGINIA 22314 | Date: OCT 20, 2003 | Time: 9:00 AM |
| Collateral (Orig): N/A | For payment by credit card, SEE INSTRUCTIONS | (703) 299-2100 |

DD FORM 1805, SEP 1996   Original CVB Copy   Previous edition is obsolete

H-208/574-1344
W-703/222/1987
X(2)90's Inch
(signature)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on AUG 05, 2003 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

WHILE PERFORMING RN DUTIES RSA GATE KUHN ST GATE # MCR QUANTICO I OBSERVED A BROWN 1998 Dodge Pick 1500 Traveling East OUT filled RD. APL B RR B3084 displaying expired registration. The vehicle was stopped and subject was ID as WILLIS NEAL the driver who was later ID as ALL. A VCIN check was conducted which revealed Neal's Driving Privileges to be Suspended in the State of Virginia.

PC stated
Kuhn
SAUSA

**FILED**
OCT 26 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05AUG03
Date / Officer's Signature

Probable cause has been stated for the issuance of a warrant.
Executed on 10-23-07
Date / U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1996

07-520-M-01