*Return Copy*



**FILED**

**DEC 04 2007**

Clerk, U.S. District and
Bankruptcy Courts

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 11/22/07

Address of Other Court: USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314-5798

RE: CR 07-mj-520, USA v. Willis Nedd

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ✓ | Docket Sheet | ✓ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ✓ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ✓ | Other: Blotters filed on 10/29/07 and 11/08/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: Anjamie Newsampton
Deputy Clerk